**Craig L. ANDERSON, Plaintiff–Appellant**

v.

**COUNTY OF JACKSON,**
**Defendant–Appellee.**

**Margaret Salzwedal, Defendant.**

**Terry Whitman; Bruce Anderson; Darlene Anderson; Robert O'Connor; John Morrison; Cynthia Burrell; John Doe; Jane Doe, jointly and severally, Defendants–Appellees.**

No. 12–3469.

United States Court of Appeals, Eighth Circuit.

Submitted: July 2, 2013.

Filed: July 3, 2013.

Craig Leslie Anderson, Sioux Falls, SD, pro se.

Joseph McRea Bromeland, Wendland & Sellers, Blue Earth, MN, Defendant–Appellee.

Frank J. Rajkowski, Rajkowski & Hansmeier, St. Cloud, MN, Joseph M. Colaiano, Mayo Clinic Legal Department, Rochester, MN, Joseph Cassioppi, Gregory E. Karpenko, Fredrikson & Byron, Minneapolis, MN, Defendants–Appellees.

Cynthia Burrell, Sioux Falls, SD, pro se.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Craig L. Anderson appeals following the district court's[1] entry of judgment in favor of defendants in his 42 U.S.C. § 1983 action. Upon de novo review of the record, and careful consideration of Anderson's arguments for reversal, we find no basis for overturning the district court's well-reasoned decision on the motions to dismiss or for summary judgment. See Carmody v. Kansas City Bd. of Police Comm'rs, 713 F.3d 401, 404 (8th Cir.2013) (summary judgment); Laase v. County of Isanti, 638 F.3d 853, 856 (8th Cir.2011) (dismissal for failure to state claim based on res judicata). We also find no abuse of discretion in the court's denial of the other rulings Anderson challenges, or appears to challenge, on appeal. See Wiles v. Capitol Indem. Corp., 280 F.3d 868, 871 (8th Cir. 2002) (leave to amend complaint); Parton v. White, 203 F.3d 552, 556 (8th Cir.2000) (per curiam) (Fed.R.Civ.P. 59(e) motion).

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.